**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000165
14-APR-2022
08:02 AM
Dkt. 62 OAWST

NO. CAAP-21-0000165

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION, as Trustee for
Citigroup Mortgage Loan Trust Inc. Mortgage Pass Through
Certificates, Series 2006-AR5, Plaintiff-Appellee, v.
DAVID CHRISTOPHER SANCHEZ; E*TRADE BANK;
ASSOCIATION OF APARTMENT OWNERS OF CRESCENT LANE MILILANI MAUKA;
MILLILANI TOWN ASSOCIATION., Defendants-Appellees, and
LAUNANI ASSETS, LLC, a Hawaii limited liability company,
Defendant-Appellant, and DOES 2 through 20, Inclusive,
Defendant-Appellees.

LAUNANI ASSETS, LLC, a Hawaii limited liability company,
Counterclaim Plaintiff/Crossclaim Plaintiff-Appellant v.
U.S. BANK NATIONAL ASSOCIATION, as Trustee for
Citigroup Mortgage Loan Trust Inc. Mortgage Pass Through
Certificates, Series 2006-AR5, Counterclaim Defendant-Appellee,
and DAVID CHRISTOPHER SANCHEZ; E*TRADE BANK;
and DOES 1-10, Crossclaim Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC161001837)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Leonard and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal With Prejudice, filed March 29, 2022, by Plaintiff/Counterclaim Defendant-Appellee U.S. Bank National Association, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs, under Hawaiʻi Rules of Appellate

Procedure Rule 42(b); and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, April 14, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge